DOC #:
DATE FILED: 7/13/06

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MERRILL LYNCH MASTER BASIC VALUE TRUST FUND; MERRILL LYNCH EQUITY INDEX TRUST; THE S&P 500 PROTECTED EQUITY FUND, INC.; QUANTITATIVE MASTER SERIES TRUST: MASTER S&P 500 INDEX SERIES; MERRILL LYNCH VARIABLE SERIES FUNDS, INC.: INDEX 500 VI FUND; QUANTITATIVE MASTER SERIES TRUST: MASTER AGGREGATE BOND INDEX SERIES; MERRILL LYNCH VARIABLE SERIES FUNDS, INC.: MERRILL LYNCH CORE BOND VI FUND; CORPORATE HIGH YIELD FUND, INC.; CORPORATE HIGH YIELD FUND (FKA CORP HIGH YIELD II), INC.; CORPORATE HIGH YIELD FUND III, INC.; CORPORATE HIGH YIELD FUND V (FKA CORP HIGH YIELD IV), INC.; CORPORATE HIGH YIELD FUND V, INC.; DEBT STRATEGIES FUND, INC.; MERRILL LYNCH WORLD INCOME FUND, INC.; MERRILL LYNCH UTILITIES & TELECOMMUNICATIONS FUND, INC.; MERRILL LYNCH GLOBAL ALLOCATION FUND (FKA GLOBAL BALANCED PORTFOLIO MASTER), INC.; MERRILL LYNCH GLOBAL TECHNOLOGY FUND, INC.; MERRILL LYNCH VARIABLE SERIES FUNDS, INC.: MERRILL LYNCH LARGE CAP GROWTH VI FUND; WORLD INDEX SERIES OF MERRILL LYNCH QUANTITATIVE PARTNERS, L.P.; MERCURY MASTER TRUST: MERRILL LYNCH MASTER GLOBAL BALANCED PORTFOLIO; MERCURY MASTER TRUST: MERCURY MASTER US LARGE CAP PORTFOLIO; MERRILL LYNCH FOCUS VALUE FUND, INC.; MERRILL LYNCH DISCIPLINED EQUITY FUND, INC.; MERRILL LYNCH LARGE CAP VALUE INDEX TRUST; MERRILL LYNCH GLOBAL TECHNOLOGY FUND (FKA MERRILL LYNCH INTERNET STRATEGIES FUND), INC.; MERRILL LYNCH VARIABLE SERIES

Case No. 1:06-cv-4790 (SAS)

ELECTRONICALLY FILED

**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST AFSHIN MOHEBBI, GREGORY CASEY AND VINOD KHOSLA**

547742.1

Pursuant to Pursuant to Fed. R. Civ. P 41(a)(1)(i), the MLIM Funds Plaintiffs[1] voluntarily dismiss all claims asserted against Defendants Afshin Mohebbi, Gregory Casey and Vinod Khosla. By agreement of the parties, this voluntary dismissal is without prejudice and the parties are to bear their own costs and fees. Nothing in this dismissal is, or shall be construed to be, a dismissal of the MLIM Funds Plaintiffs' claims against any defendant other than Defendants Afshin Mohebbi, Gregory Casey and Vinod Khosla.

Dated: June 30, 2006                Respectfully submitted,

So Ordered
Judge
USDJ
7/13/06

By: /s/ Hector D. Geribon
    Hector D. Geribon (HG-0311)

Steven E. Fineman (SF-8481)
Hector D. Geribon (HG-0311)
Daniel P. Chiplock (DC-1137)
Erik L. Shawn (ES-1388)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

---

[1] The MLIM Funds Plaintiffs refers to Merrill Lynch Master Basic Value Trust Fund; Merrill Lynch Equity Index Trust; The S&P 500 Protected Equity Fund, Inc.; Quantitative Master Series Trust: Master S&P 500 Index Series; Merrill Lynch Variable Series Funds, Inc.: Index 500 VI Fund; Quantitative Master Series Trust: Master Aggregate Bond Index Series; Merrill Lynch Variable Series Funds, Inc.: Merrill Lynch Core Bond VI Fund; Corporate High Yield Fund, Inc.; Corporate High Yield Fund (FKA Corp High Yield Ii), Inc.; Corporate High Yield Fund III, Inc.; Corporate High Yield Fund V (FKA Corp High Yield Iv), Inc.; Corporate High Yield Fund V, Inc.; Debt Strategies Fund, Inc.; Merrill Lynch World Income Fund, Inc.; Merrill Lynch Utilities & Telecommunications Fund, Inc.; Merrill Lynch Global Allocation Fund (FKA Global Balanced Portfolio Master), Inc.; Merrill Lynch Global Technology Fund, Inc.; Merrill Lynch Variable Series Funds, Inc.: Merrill Lynch Large CAP Growth VI Fund; World Index Series Of Merrill Lynch Quantitative Partners, L.P.; Mercury Master Trust: Merrill Lynch Master Global Balanced Portfolio; Mercury Master Trust: Mercury Master US Large CAP Portfolio; Merrill Lynch Focus Value Fund, Inc.; Merrill Lynch Disciplined Equity Fund, Inc.; Merrill Lynch Large CAP Value Index Trust; Merrill Lynch Global Technology Fund (FKA Merrill Lynch Internet Strategies Fund), Inc.; Merrill Lynch Variable Series; Funds, Inc.: Merrill Lynch Utilities & Telecommunications VI Fund; Merrill Lynch Series Fund, Inc.: Large CAP Core Strategy Portfolio (FKA Mercury US Large CAP); Merrill Lynch Series Fund, Inc.: Global Allocation Strategy Portfolio; Merrill Lynch Series Fund, Inc.: Balanced Capital Strategy Portfolio; Quantitative Master Series Trust: Master Enhanced S&P 500 Series; Merrill Lynch Variable Series Funds, Inc.: Merrill Lynch Global Allocation VI Fund; Merrill Lynch Variable Series Funds, Inc.: Merrill Lynch Large CAP Core VI Fund; Merrill Lynch Variable Series Funds, Inc.: Merrill Lynch American Balanced VI Fund; Merrill Lynch Variable Series Funds, Inc.: Merrill Lynch Basic Value VI Fund; Merrill Lynch SF: Balanced Capital Fund; Merrill Lynch Balanced Capital Fund, Inc.

547742 1                    -1-

Richard M. Heimann (CA State Bar No. 063607)
Joy A. Kruse (CA State Bar No. 142799)
Bruce W. Leppla (CA State Bar No. 71649)
Peter E. Leckman (CA State Bar No. 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs Merrill Lynch Funds